UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RICHARD W. PORTER, JR.,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MALDEN DISTRICT COURT, et al.,** ) <br> ) <br> Defendants. ) <br> ) | **CIVIL ACTION NO.** <br> **24-40068-MRG** |

### ORDER OF ENJOINMENT
June 24, 2024

**GUZMAN, D.J.**

On May 9, 2024, the Court dismissed this action and directed plaintiff Richard W. Porter, Jr. to show good cause why he should not be enjoined from commencing new actions on the civil docket of this Court without first receiving permission to do so. (ECF No. 3). Porter did not respond to this order and the time period for doing so has expired. Accordingly, for the reasons set forth in May 9, 2024 order, the Court hereby orders:

1. Unless represented by counsel, Richard W. Porter, Jr., is hereby ENJOINED from commencing any new action on the civil docket of this Court without first obtaining written approval of a judge of this Court by filing a written petition seeking leave of Court to do so.

2. The petition to commence a new action must be accompanied by a copy of this Order, together with the papers sought to be filed, and a certification under oath that there is a good-faith basis for their filing.

3. The petition must be accompanied by payment of the fee to initiate a case on the Miscellaneous Business Docket (currently $52.00) or a motion for leave to proceed without prepayment of that fee.

4. The Clerk shall accept the petition and the accompanying documents, mark them received, and forward them for action on the petition to a judge of this Court authorized to act on matters on the Miscellaneous Business Docket.

5. Any documents which are submitted for filing by Porter in violation of this Order shall not be filed or docketed by the Clerk's Office, but shall be returned to the plaintiff.

6. In addition, with the exception of a notice of appeal or a motion to appeal *in forma pauperis*, Porter shall not file any further documents in this action. Failure to comply with this order may result in sanctions. If the Clerk accepts documents submitted in violation of this order, said documents shall not be docketed as motions (even if Porter designates them as such), and the Court will not take any action on them. At the Clerk's discretion, the Clerk may return to Porter documents submitted in violation of this order.

**So Ordered.**

    /s/ Margaret R. Guzman
MARGARET R. GUZMAN
UNITED STATES DISTRICT JUDGE

Dated: June 24, 2024